# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

SEP - 9 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| United States of America<br>v.<br><br>DECARLOS DEJUAN BROWN, JR,<br>*Defendant(s)* | )<br>)<br>) Case No. 3:25MJ237<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 22, 2025__ in the county of __MECKLENBURG__ in the __WESTERN__ District of __NORTH CAROLINA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1992(a)(7) & (b)(1) | Terrorist Attack or Other Violence Against a Mass Transportation System |

This criminal complaint is based on these facts:
See attached Affidavit incorporated by reference herein.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron Winchester, Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/09/2025

_____
*Judge's signature*

City and state: Charlotte, North Carolina

Susan C. Rodriguez, United States Magistrate Judge
*Printed name and title*