# Mecklenburg Superior Court

# Case Summary

## Case No. 25CR394562-590

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS DECARLOS DEJUAN BROWN, Jr.** | § | Location: | **Mecklenburg Superior Court** |
| | § | Filed on: | **08/23/2025** |
| | § | Electronic Warrants Warrant ID: | **s5TX1drsaoRYVLNU8ST4uy** |
| | § | Criminal Process Number: | **WFA-25-572289** |
| | § | Criminal Process Number: | **RO-25-585551** |
| | § | Electronic Warrants Warrant ID: | **duKJJEwo219cvXY3zaTxon** |

## Case Information

| | | |
|---|---|---|
| | Case Type: | Criminal |
| | Case Status: | **09/15/2025** Pending |

**Offense**

1. MURDER

   | Statute | Degree | Offense Date | Filed Date |
   |---|---|---|---|
   | 14-17 | FNC | 08/22/2025 | 08/23/2025 |

   Arrest Date:  08/28/2025

   Offense Reports
      Control #:  20250822215502
      Agency:  Charlotte Mecklenburg Police Department
                 601 East Trade St
                 Charlotte, NC, 28202

# Related Cases

## Assignment Information

## Current Case Assignment

| | |
|---|---|
| Case Number | 25CR394562-590 |
| Court | Mecklenburg Superior Court |
| Date Assigned | 09/15/2025 |

## Party Information

**Defendant** **BROWN, DECARLOS DEJUAN Jr.**  **ROBERTS, DANIEL POWERS**
*Retained*

*Alias* BROWN, DECARLOS DEJUAN
*Alias* BROWN, CARLOS DEJUAN
*Alias* BROWN, DECARLOS
*Alias* BROWN, DECARLOS D
*Alias* BROWN, DECARLOS D Jr.
HOMELESS
CHARLOTTE, NC 00000
Black
Male
Height:  5′ 10″    Weight:   190

**State** **STATE OF NORTH CAROLINA**  **BUTLER, NOAL AUSTIN**
*Retained*

\*\* Confidential Address \*\*
Other

**Complainant** **Buhr, Henry**

601 EAST TRADE ST
MECKLENBURG County
CHARLOTTE, NC 28202

## Case Events

| | | |
|---|---|---|
| 09/23/2025 | Other/Miscellaneous<br>*BHC*<br>Created:   09/23/2025 1:18 PM | Index # 22 |
| 09/23/2025 | Other/Miscellaneous<br>*ATRIUM*<br>Created:   09/23/2025 1:18 PM | Index # 23 |
| 09/23/2025 | Other/Miscellaneous<br>*BHD*<br>Created:   09/23/2025 1:19 PM | Index # 24 |

| Date | Description | Index |
|---|---|---|
| 09/22/2025 | 📄 Motion for Discovery<br>*VOLUNTARY*<br>Filed By:   Defense Attorney ROBERTS, DANIEL POWERS<br>Created:   09/22/2025 2:25 PM | Index # 21 |
| 09/22/2025 | Order<br>*CONT RULE 24 HEARING*<br>Created:   09/22/2025 12:16 PM | Index # 20 |
| 09/22/2025 | Motion<br>*CONTINUE RULE 24 HEARING*<br>Created:   09/22/2025 12:13 PM | Index # 19 |
| 09/18/2025 | Order<br>*SUPPLEMENTARY INFO ON FORENSIC*<br>Created:   09/18/2025 1:59 PM | Index # 18 |
| 09/16/2025 | 📄 Other/Miscellaneous<br>*AOC-CR-624 - Assignment of Counsel by Office of Indigent Defense Services*<br>Created:   09/16/2025 11:31 AM | Index # 17 |
| 09/16/2025 | 📄 Other/Miscellaneous<br>*CONT FOR RULE 24*<br>Created:   09/16/2025 11:17 AM | Index # 16 |
| 09/15/2025 | 📄 Notice of Return of Bill of Indictment<br>Created:   09/15/2025 5:46 PM | Index # 15 |
| 09/15/2025 | 📄 Indictment Issued<br>Created:   09/15/2025 4:57 PM | Index # 13 |
| 08/29/2025 | Order to Commit Def for Examination on Capacity to Proceed<br>*CENTRAL REGIONAL HOSPITAL*<br>Created:   08/29/2025 12:21 PM | Index # 12 |
| 08/29/2025 | 📄 Release Order Modified<br>Location: MECKLENBURG COUNTY COURTHOUSE<br>Crim Proc #:   RO-25-585551<br>Created:   08/29/2025 11:13 AM | Index # 11 |
| 08/29/2025 | Counsel Appointed - Public Defender<br>Created:   08/29/2025 11:06 AM | Index # 8 |

| | |
|---|---|
| 08/29/2025  | Order of Assignment of Counsel or Denial of Counsel     (Judicial Officer: WIGGINS, ROY H)<br>Charges:<br>  1. MURDER (0930)<br>    Created:    08/29/2025 11:06 AM<br>Index # 9 |
| 08/29/2025 | Modification of Bond     (Judicial Officer: WIGGINS, ROY H)<br>    *PD NO BOND PER 15A533(B)-1 DEF TO GET A COMPETINCY EVAL*<br>    Created:    08/29/2025 11:06 AM<br>Index # 10 |
| 08/29/2025 | Judgment/Other                                                       Index # 7<br>    *MOTION FOR BOND HEARING*<br>    Created:    08/29/2025 10:32 AM |
| 08/29/2025 | Notice of Determination of Counsel (AOC-CR-427)               Index # 6<br>    Created:    08/29/2025 10:03 AM |
| 08/28/2025 | Other/Miscellaneous                                           Index # 5<br>    *MAG FOF*<br>    Created:    08/28/2025 2:44 PM |
| 08/28/2025 | Release Order Issued                                         Index # 4<br>    *Location:* MECKLENBURG COUNTY COURTHOUSE<br>    Crim Proc #:    RO-25-585551<br>    Created:    08/28/2025 2:42 PM |
| 08/28/2025 | Warrant for Arrest Returned Served                    Index # 3<br>    Crim Proc #:    WFA-25-572289<br>    Created:    08/28/2025 1:09 PM |
| 08/23/2025 | Affidavit                                                                    Index # 2<br>    Created:    08/23/2025 2:38 AM |
| 08/23/2025 | Warrant For Arrest Issued                                 Index # 1<br>    *Location:* MECKLENBURG COUNTY COURTHOUSE<br>    Crim Proc #:    WFA-25-572289<br>    Created:    08/23/2025 2:35 AM |

## Hearings

| | |
|---|---|
| 10/16/2025 | **Administrative Hearing** (9:30 AM) |
| | *R24* |
| | Resource: Location 590-5310 Mecklenburg Co. Courthouse, Courtroom 5310 |
| | Created: 09/16/2025 10:03 AM |
| | |
| 09/19/2025 | *CANCELED* **Electronic Warrants Assigned** (1:30 PM) (Judicial Officer: NEWTON, MATTHEW DENNIS) |
| | Resource: Location 590-1150 Mecklenburg Co. Courthouse, Courtroom 1150 |
| | *Indictment Issued* |
| | Created: 08/29/2025 11:12 AM |
| | |
| 08/29/2025 | **First Appearance Hearing** (10:00 AM) |
| | Resource: Location 590-4330 Mecklenburg Co. Courthouse, Courtroom 4330 |
| | **MINUTES - 08/29/2025** |
| | Counsel Appointed - Public Defender       Index # 8 |
| | Created: 08/29/2025 11:06 AM |

Order of Assignment of Counsel or Denial of Counsel
  (Judicial Officer: WIGGINS, ROY H)
Charges:
  1. MURDER (0930)
    Created: 08/29/2025 11:06 AM
Index # 9

Modification of Bond   (Judicial Officer: WIGGINS, ROY H)
  *PD NO BOND PER 15A533(B)-1 DEF TO GET A COMPETINCY EVAL*
  Created: 08/29/2025 11:06 AM
Index # 10
Hearing Held;
  *Hearing Held*
Created: 08/28/2025 2:41 PM

## Bond Settings

| | |
|---|---|
| 08/29/2025 | **Amended Bond Setting** |
| | Not Authorized |