UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25-MJ-237-SCR |
| | ) | NOTICE OF ATTORNEY APPEARANCE |
| v. | ) | |
| | ) | |
| DECARLOS DEJUAN BROWN, JR. | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 24th day of September 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Edward Ryan*
Edward R. Ryan
Assistant United States Attorney
New Jersey State Bar No. 029931986
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Main Office: (704) 344-6222
Email: Ed.Ryan@usdoj.gov